| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Florida |
| Case number (If known): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  Tinto Holding Ltda.

2. **Debtor's unique identifier**
   
   For non-individual debtors:
   
   ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __
   
   ☑ Other  Tay Payer ID  . Describe identifier  02.189.924/0001-03  .
   
   For individual debtors:
   
   ☐ Social Security number:  xxx – xx– __ __ __ __
   
   ☐ Individual Taxpayer Identification number (ITIN):  9 xx – xx – __ __ __ __
   
   ☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)**  Deloitte Touche Tohmatsu Consultores Ltda as Judicial Admin. for the Estate

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  2nd Bankruptcy and Judicial Reorganization Ct. in Judicial Distr São Paulo Brazil

5. **Nature of the foreign proceeding**
   
   Check one:
   
   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**
   
   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
   
   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
   
   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
   
   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

Debtor __Tinto Holding Ltda.__             Case number (if known) _____
       Name

8. **Others entitled to notice**    Attach a list containing the names and addresses of:

   (i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   Country where the debtor has the center of its main interests:

   __Brazil__

   Debtor's registered office:

   __Doutor Chucri Zaidan AV , 1240__
   Number      Street

   __Edifício Golden Tower, 4º ao 12º floor__
   P.O. Box

   __Santo Amaro, São Paulo__     __04711-130__
   City         State/Province/Region     ZIP/Postal Code

   __Brazil__
   Country

   Individual debtor's habitual residence:

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City         State/Province/Region     ZIP/Postal Code

   _____
   Country

   Address of foreign representative(s):

   __Doutor Chucri Zaidan AV , 1240__
   Number      Street

   __Edifício Golden Tower, 4º ao 12º floor__
   P.O. Box

   __Santo Amaro, São Paulo__     __04711-130__
   City         State/Province/Region     ZIP/Postal Code

   __Brazil__
   Country

10. **Debtor's website** (URL)    _____

11. **Type of debtor**

    Check one:

    ☑ Non-individual (check one):

       ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

       ☐ Partnership

       ☐ Other. Specify: _____

    ☐ Individual

Debtor  Tinto Holding Ltda.
            Name

Case number (*if known*) _____

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
Debtor has assets in this District._____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _/s/ Luis Vasco Elias_____
Signature of foreign representative

Luis Vasco Elias, for
Printed name
DELOITTE TOUCHE TOHMATSU CONSULTORES LTDA., solely in its capacity as the court appointed Judicial Administrator of the Estate of Tinto Holding Ltda.

Executed on _____
               MM  / DD / YYYY

✗ _____
Signature of foreign representative

Printed name

Executed on _____
               MM  / DD / YYYY

**14. Signature of attorney**

✗ _/s/_____    Date  03/03/2023
Signature of Attorney for foreign representative            MM  / DD / YYYY

Nyana Abreu Miller
Printed name

Sequor Law
Firm name

1111 Brickell Ave., Ste. 1250
Number       Street

Miami                                        Florida        33131
City                                          State          ZIP Code

(305) 372-8282                               nmiller@sequorlaw.com
Contact phone                                Email address

92903                                        FL
Bar number                                   State

**DocuSign**

| **Certificado de Conclusão** | | |
|---|---|---|
| Identificação de envelope: 2E01074DB1A94EF8A3CDBEEBC40343CD | | Status: Concluído |
| Assunto: Complete com a DocuSign: Tinto Form 401 Revised (00354768-2x9F5D7).pdf | | |
| Envelope fonte: | | |
| Documentar páginas: 3 | Assinaturas: 1 | Remetente do envelope: |
| Certificar páginas: 2 | Rubrica: 0 | Cheila Rodrigues Ferreira |
| Assinatura guiada: Ativado | | Av. Dr. Chucri Zaidan |
| Selo com EnvelopeId (ID do envelope): Ativado | | 1.240 From 4th to 12th floors - Golden Tower |
| Fuso horário: (UTC-03:00) Brasília | | São Paulo, SP  04711130 |
| | | Endereço IP: 191.19.131.196 |

| **Rastreamento de registros** | | |
|---|---|---|
| Status: Original<br>         02/03/2023 18:19:29 | Portador: Cheila Rodrigues Ferreira | Local: DocuSign |

| **Eventos do signatário** | **Assinatura** | **Registro de hora e data** |
|---|---|---|
| Luis Vasco Elias<br><br>Nível de segurança: E-mail, Autenticação da conta (Nenhuma) | *DocuSigned by:*<br>*Luis Vasco Elias*<br>76E5CEB02B584F1...<br><br>Adoção de assinatura: Estilo pré-selecionado<br>Usando endereço IP: 34.95.146.232 | Enviado: 02/03/2023 18:20:36<br>Visualizado: 02/03/2023 18:28:57<br>Assinado: 02/03/2023 18:29:04 |

**Termos de Assinatura e Registro Eletrônico:**
     Não disponível através da DocuSign

| **Eventos do signatário presencial** | **Assinatura** | **Registro de hora e data** |
|---|---|---|

| **Eventos de entrega do editor** | **Status** | **Registro de hora e data** |
|---|---|---|

| **Evento de entrega do agente** | **Status** | **Registro de hora e data** |
|---|---|---|

| **Eventos de entrega intermediários** | **Status** | **Registro de hora e data** |
|---|---|---|

| **Eventos de entrega certificados** | **Status** | **Registro de hora e data** |
|---|---|---|

| **Eventos de cópia** | **Status** | **Registro de hora e data** |
|---|---|---|
| Ana Maria Rodrigues Ferreira<br><br>Deloitte Brasil<br>Nível de segurança: E-mail, Autenticação da conta (Nenhuma) | **Copiado** | Enviado: 02/03/2023 18:29:10 |

**Termos de Assinatura e Registro Eletrônico:**
     Não disponível através da DocuSign

| **Eventos com testemunhas** | **Assinatura** | **Registro de hora e data** |
|---|---|---|

| **Eventos do tabelião** | **Assinatura** | **Registro de hora e data** |
|---|---|---|

| **Eventos de resumo do envelope** | **Status** | **Carimbo de data/hora** |
|---|---|---|
| Envelope enviado | Com hash/criptografado | 02/03/2023 18:20:36 |
| Entrega certificada | Segurança verificada | 02/03/2023 18:28:57 |
| Assinatura concluída | Segurança verificada | 02/03/2023 18:29:04 |
| Concluído | Segurança verificada | 02/03/2023 18:29:11 |

| Eventos de pagamento | Status | Carimbo de data/hora |
|---|---|---|

Case 23-11719-MAM    Doc 1    Filed 03/03/23    Page 5 of 5

| Eventos de pagamento | Status | Carimbo de data/hora |
|---|---|---|