# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

    Debtors in a Foreign Proceeding.

_____/

Chapter 15

Case No.: 23-11719-MAM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Order Granting Recognition of Foreign Main Proceeding of Tinto Holding Ltda. Pursuant to §§ 1515 and 1517 of the Bankruptcy Code and Granting Related Relief [D.E. 8] were sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case as indicated on the service list on April 7, 2023.

Dated: April 7, 2023

Respectfully submitted,

SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: ggrossman@sequorlaw.com
nmiller@sequorlaw.com
jmosquera@sequorlaw.com

By:   */s/ Nyanna Abreu Miller*
      Gregory S. Grossman
      Florida Bar No.: 896667
      Nyana Abreu Miller
      Florida Bar No. 92903
      Jennifer Mosquera
      Florida Bar No.: 1018656

**23-11719-MAM Notice will be electronically mailed to:**

Gregory S Grossman, Esq on behalf of
Debtor TINTO HOLDING LTDA.
ggrossman@sequorlaw.com, ngonzalez@sequorlaw.com
nmiller@sequorlaw.com; mrivera@sequorlaw.com
jmosquera@sequorlaw.com; afalcon@sequorlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**23-11719-MAM Notice will not be electronically sent but will be mailed via US Mail to:**

Deloitte Touche Tohmatsu Consultores Ltda.
Doutor Chucri Zaidan AV , 1240,
Edifício Golden Tower, 4º ao 12º floor
Santo Amaro
04711-130
São Paulo – Brazil