

**ORDERED in the Southern District of Florida on May 30, 2023.**

*Mindy A. Mora*
_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

### UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,                                Chapter 15

                                                                       Case No.: 23-11719-MAM

Debtor in a Foreign Proceeding.
_____/

### ORDER GRANTING MOTION TO SUBSTITUTE
### FOREIGN REPRESENTATIVE FOR TINTO HOLDING LTDA.

THIS CAUSE came before the Court, upon the Motion to Substitute Foreign Representative for Tinto Holding Ltda. ("Motion"), of AJ Ruiz Consultoria Empresarial S.A. (the "Judicial Administrator").  The Court has considered the Motion and finds that all legal and procedural requirements have been satisfied so as to grant the relief requested therein.  It is therefore,

ORDERED that:

1

1. The Motion is GRANTED.

2. AJ Ruiz Consultoria Empresarial S.A., is substituted as foreign representative, replacing Deloitte Touche Tohmatsu Consultores Ltda.

# # #

<u>Submitted by</u>:
Jennifer Mosquera, Esq.
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
nmiller@sequorlaw.com
jmosquera@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

*(Attorney Mosquera shall serve a conformed copy of the foregoing order upon all interested parties and file a Certificate of Service with this Court)*