

**ORDERED in the Southern District of Florida on June 2, 2023.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

TINTO HOLDING LTDA.,

          Debtor in a Foreign Proceeding.

                                            /

Chapter 15
Case No.: 23-11719-MAM

**INTERIM ORDER GRANTING FOREIGN REPRESENTATIVE'S EXPEDITED
MOTION TO TEMPORARILY SEAL ADVERSARY PROCEEDING**

This cause came before the Court on May 31, 2023, upon the *Expedited Motion to Temporarily Seal Adversary Proceeding* (the "Motion") filed by the Foreign Representative[1] of the bankruptcy estate of Tinto Holding Ltda., (the "Debtor"). The Court has reviewed the Motion and is otherwise informed on the matter. Accordingly, it is hereby:

ORDERED and ADJUDGED that:

1. The Motion is **GRANTED** on an interim basis.

---

[1] The Motion was filed by the prior officeholder, but this morning the Court entered its Order Granting Motion to Substitute Foreign Representative, acknowledging that AJ Ruiz Consultoria Empresarial S.A. is substituted as Foreign Representative in this Chapter 15 case.

2.  The clerk shall seal adversary proceeding Case No. 23-01118-MAM filed by the Foreign Representative on May 24, 2023, and it shall remain under seal pending further order of the Court.

3.  The docket of the adversary proceeding and the names of the defendants therein shall be maintained under seal and shall not be available to the public, unless and until the Court orders otherwise.

4.  The Foreign Representative shall serve the complaint, the Motion and this Order upon the defendants in the adversary proceeding in the manner required by applicable law and the Court will conduct a continued hearing to consider the position of the defendants and any further developments to determine whether to extend the temporary seal, lift or decline to extend the temporary seal, or to implement different protections.

5.  The Court shall conduct a continued hearing on the Motion on **September 28, 2023** at **10:00 a.m**., solely by videoconference. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.

6.  To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4.

7.  If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

8.  All participants must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire.

###

Submitted by:

2

Nyana Abreu Miller
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: nmiller@sequorlaw.com