Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-11719-MAM

IN RE:

  TINTO HOLDING, LTDA.,

    Debtor.
_____/

**EXPEDITED MOTION TO TEMPORARILY FILE DOCUMENT UNDER SEAL, DOCUMENT WILL BE AVAILABLE FOR PUBLIC VIEWING, FILED BY FOREIGN REPRESENTATIVE DELOITTE TOUCHE TOHMATSU CONSULTORE, LTDA. (10)**

May 31, 2023

    The above-entitled cause came on for hearing before the Honorable MINDY A. MORA, one of the Judges in the UNITED STATES BANKRUPTCY COURT, in and for the SOUTHERN DISTRICT OF FLORIDA, at 1515 North Flagler Drive, West Palm Beach, Palm Beach County, Florida on May 31, 2023, commencing at or about 1:30 p.m., and the following proceedings were had:

        Transcribed from a digital recording by:
        Anna M. Meagher, Stenographic Reporter

Page 2

1  **APPEARANCES:**
(Via Zoom Video Conference)
2

3  Sequor Law P.A., by
Nyana A. Miller, Esquire
4  On behalf of AJ Ruiz
Consultoria Empresarial S.A.
5  Nmiller@sequorlaw.com

6

Kellogg, Hansen, Todd, Figel, & Frederic, by
7  Chase H. Robinett, Esquire
On behalf of the Estate of Tinto Holding, Ltda.
8  Crobinett@kellogghansen.com

9

Duarte Forsell Avagados, by
10  Henrique Forsell, Esquire
Luca Gavini, Esquire
11  On behalf of the Estate of Tinto Holding, Ltda.

12

13  - - - - - - -

14

15

16

17

18

19

20

21

22

23

24

25

1  THE COURT: Next matter on the calendar today is
2  Tinto Holding Limitada, Case 23-11719. Let me go ahead and
3  take appearances.
4  All right. Ms. Miller, it looks like virtually
5  everyone appearing with you is part of the foreign
6  representative's team. So after identifying yourself, would
7  you please just go around and identify the others who are
8  appearing with you.
9  MS. MILLER: Yes, your Honor. My name is Nyana
10 Miller. I'm appearing on behalf of the foreign
11 representative, the new foreign representative, AJ Ruiz
12 Consultoria Empresarial, and we have on the line Joice Ruiz,
13 who is the legal representative from that firm.
14 We also have our counsel from Washington DC, Chase
15 Robinett, and we have several of the estate's lawyers from
16 Brazil, including Henrique Forssell and Luca Gavini on the
17 line as well.
18 THE COURT: Okay. Very good. Thank you.
19 Okay. You are here among friends only. We didn't
20 really notice this as a sealed hearing, but it appears that
21 the only people who are on this line at the moment are
22 members of the court.
23 So, Ms. Miller, why don't you go ahead and
24 proceed.
25 MS. MILLER: Thank you, your Honor.

1           I'll actually be turning over the hearing to
2   Mr. Robinett.
3           THE COURT:  Okay.  Thank you.
4           Mr. Robinett.
5           MR. ROBINETT:  Good afternoon, your Honor.
6           Plaintiff is just requesting a temporary sealing
7   of this adversary proceeding under Section 107 until all the
8   interested parties can properly be brought before the Court.
9           This adversary proceeding, more broadly, is result
10  of a confidential investigation conducted by the trustee of
11  the Estate of Tinto and that investigation relied on
12  confidential commercial information agreements.  All that
13  information was relied upon in the drafting of the complaint
14  and some of that information was derived from the foreign
15  main proceeding, which is being conducted entirely under
16  seal in Brazil.
17          We want to take a cautious approach with this, and
18  we think as a result it makes most sense to bring all
19  interested parties before the Court to weigh in on the
20  matter and to leave things under seal until that time.
21          THE COURT:  Mr. Robinett, how do you imagine or
22  how do you envision that happening; that is bringing the
23  parties before the Court in connection with a permanent
24  sealing?
25          Would it be scheduling a further hearing on this

1   motion after service is effective?

2         MR. ROBINETT:  Effectively, yes, your Honor.

3         As we layout in our proposed order that

4   accompanied the motion, we would like to serve a copy of our

5   motion and a copy of the proposed order, or whatever order

6   the Court feels comfortable entering, on the parties along

7   with the summons.

8         Once that has been done and once the parties have

9   been properly served, we would contact the Court in order to

10  schedule a new hearing on this matter in particular, so the

11  Court can benefit from all the parties' input on proper

12  sealing procedures going forward.

13        THE COURT:  Okay.  Well, I have no objection to

14  the concept of a later hearing date in connection with the

15  motion, but in my court I don't leave things open ended.  So

16  what I would propose to you that we do is a couple of things

17  with your proposed order.

18        Let's make sure that the order that you're going

19  to submit, that will direct the clerk of court to seal the

20  docket of the adversary proceeding, will read "Interim

21  Order" on this motion.

22        In Paragraph 4 of the proposed order, the foreign

23  representative provides for the Court to conduct a hearing

24  on the motion.  However, since this is an initial hearing on

25  the motion, I'm going to ask that you revise Paragraph 4 to

1  state that the Court will conduct a continued hearing or
2  further hearing on the motion, and let's just pick a date.
3           How long do you anticipate it's going to take to
4  effect service?
5           MR. ROBINETT:  That's one of the complicating
6  factors at issue here, your Honor.
7           For the domestic defendant, which is a LLC based
8  out of Delaware, we anticipate service shouldn't take too
9  long to be conducted in the relative near future.
10          However, there are several foreign defendants at
11 issue here, and if we cannot get them to waive service, then
12 we anticipate filing a motion with the Court trying to
13 obtain a longer summons period, so we can start service
14 procedures according to the Geneva Convention, which could
15 take several months in order to go through the Central
16 Authority in Brazil and to serve those entities.
17          THE COURT:  All right.  Then why don't we do this,
18 why don't we just schedule in 120 days a continued hearing
19 on this motion.
20          Ms. Romaguera, what's that date?
21          THE CLERK:  That would take us to September,
22 September 27th at 1:30 p.m.
23          THE COURT:  September 27th at 1:30 p.m.
24          Let me just ask a question, though.
25          Mr. Robinett, at that point would you be looking

1   for the hearing to be conducted as a sealed hearing?
2           MR. ROBINETT:  Your Honor, I think I'd feel most
3   comfortable if we could inform the Court of that at a later
4   date.  If the Court is open to a sealed hearing, we
5   certainly wouldn't object to that.  However, at this time I
6   think it makes sense to get the input of all the parties
7   once we've sealed them -- once we've served them on what
8   they believe and we agree is the correct procedure going
9   forward.
10          THE COURT:  The issue is, I need to know for
11  scheduling purposes, because 1:30 is my regular motion
12  calendar in Chapter 11's and Chapter 15's.  So I just need
13  to know whether this needs to be specially set by itself, so
14  that it could be held as a sealed hearing or if it can go on
15  the regular motion calendar.
16          MR. ROBINETT:  Understood, your Honor.
17          If you have no objection to scheduling this as a
18  sealed matter, I do not believe that we would object to
19  that.
20          THE COURT:  All right.  So, Ms. Romaguera, let's
21  pick a date and time that is not with the regular motion
22  calendar.
23          THE CLERK:  We can do it the same day at 2:30,
24  your Honor, or -- (inaudible.)
25          THE COURT:  Let's specially set it on

1  September 28.  And what time would that be?
2              THE CLERK:  Ten a.m.
3              THE COURT:  At 10 a.m., and we'll do it via Zoom
4  only, if that's okay with you.
5              All right.  So, Ms. Romaguera, will you issue a
6  notice of continued - no, no, no.  No, no, no.  We need to
7  do this in the order.
8              So, Mr. Robinett, what I need is, and I think
9  Ms. Miller is familiar with the procedure, I need the
10 interim order submitted granting the motion on a temporary
11 basis and scheduling a further hearing on the motion, which
12 will be conducted as a sealed hearing, unless otherwise
13 notified by the foreign representative, on September 28th at
14 10 a.m., Zoom only.
15             You'll get those Zoom noticing requirements,
16 Ms. Miller, on my judge's page on the website, and then
17 Paragraph 4 just needs to be fixed up to be consistent with
18 what I've asked for.
19             So in summary the Court is granting the foreign
20 representative's expedited motion to temporarily seal the
21 adversary proceeding to be filed by the foreign
22 representative until further order of the Court, and the
23 Court will take up that issue again at the hearing that
24 we've now scheduled for September 28th at 10 a.m.
25             MR. ROBINETT:  Thank you, your Honor.

1     THE COURT: All right. Thank you. We'll look
2  forward to getting that order submitted.
3     Ms. Miller, we'll look to you for that.
4     MS. MILLER: Thank you, your Honor.
5     THE COURT: All right. Thank you all, have a good
6  day.
7     (Whereupon, the hearing was concluded.)

Page 10

# CERTIFICATION

STATE OF FLORIDA          :

COUNTY OF BREVARD         :

    I, Anna M. Meagher, Stenographic Reporter, and Notary Public in and for the State of Florida at Large, do hereby certify that the foregoing proceedings were transcribed by me from a digital recording held on the date and from the place as stated in the caption hereto on page 1 to the best of my ability.

    WITNESS my hand this 21st day of August 2023.

_____
Anna M. Meagher, Stenographic Reporter
and Notary Public
in and for the State of Florida at Large
Commission #HH59960
January 9, 2025